# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERONICA TAYLOR,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 19-4533** |
| | : | |
| **CHRISTIAN TUMOLO,** *et al.* | : | |

## ORDER

**AND NOW**, this 31ˢᵗ day of March 2020, upon considering the Defendants' Motions to dismiss (ECF Doc. Nos. 24, 25) the Plaintiffs' amended Complaint, Plaintiffs' Opposition (ECF Doc. No. 27), Defendants' Reply (ECF Doc. No. 28), Defendants' Notice of Supplemental Authority (ECF Doc. No. 29), for reasons in the accompanying Memorandum, and finding Plaintiffs cannot plead facts in a second amended Complaint to plausibly plead fraudulent concealment tolling the statute of limitations, it is **ORDERED** Defendants' Motions to dismiss (ECF Doc. Nos. 24, 25) are **GRANTED**, Plaintiffs' amended Complaint (ECF Doc. No. 19) is **DISMISSED with prejudice**, and the Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**